## 70552. SIMPKINS v. MINKS.
### (334 SE2d 340)

DEEN, Presiding Judge.

The appellee, Robert Minks, commenced this action against G. V. Simpkins, seeking $1,810.34 allegedly owed him by Simpkins. Following a bench trial, on January 18, 1985, the trial court awarded the appellee $538.25. Simpkins brings this direct appeal, contending that the trial court erred in failing to make findings of fact and conclusions of law as required by OCGA § 9-11-52.

Effective July 1, 1984, applications for discretionary appeals are required in "[a]ppeals in all actions for damages in which the judgment is $2,500.00 or less. . . ." OCGA § 5-6-35 (a) (6). The appellant failed to follow that procedure in this case, and this direct appeal must be dismissed. See *Walker v. City of Macon*, 166 Ga. App. 228 (303 SE2d 776) (1983).

*Appeal dismissed. Pope and Beasley, JJ., concur.*

DECIDED SEPTEMBER 3, 1985.

G. V. Simpkins, *pro se.*
Robert D. Minks, *pro se.*